UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Antonio Oyuela Tercero,<br><br>                         Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>                         Respondents. | Case No.: 26cv0325-GPC(JLB)<br><br>**ORDER RE JOINT STATUS REPORT** |

On January 27, 2026, the Court granted the petition for writ of habeas corpus under 28 U.S.C. § 2241 and directed that Petitioner be released immediately from DHS custody under the same conditions as his previous bond conditions. (Dkt. No. 6.) On January 29, 2026, the parties filed a joint status report requesting clarification. (Dkt. No. 8.) On August

18, 2022, Petitioner was released on bond in the amount of $3,000. (Dkt. No. 8-1, Ex. 1.) According to Respondents, the bond was cancelled and refunded when Petitioner was re-detained in June 2025. (Dkt. No. 8-1, Ex. 2.) Petitioner argues that he is not able to confirm the refund of the $3,000.

The Court's order reflects that Petitioner must be released under the same conditions as his prior bond conditions which includes a $3,000 bond. (Dkt. No. 8-1, Ex. 1.) Accordingly, Respondents shall provide evidence that the $3,000 was refunded to Petitioner on or before **February 2, 2026**.

IT IS SO ORDERED.

Dated: January 30, 2026

Hon. Gonzalo P. Curiel
United States District Judge