UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Antonio Oyuela Tercero,<br><br>                     Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>                     Respondents. | Case No.: 26cv0325-GPC(JLB)<br><br>**ORDER FOLLOWING STATUS REPORT** |

On January 27, 2026, the Court granted the petition for writ of habeas corpus under 28 U.S.C. § 2241 and directed that Petitioner be released immediately from DHS custody under the same conditions as his previous bond conditions. (Dkt. No. 6.) In response to the parties' January 29, 2026 joint status report requesting clarification, the Court

1

confirmed that its order reflects that Petitioner must be released under the same conditions as his prior bond conditions which includes a $3,000 bond. (*See* Dkt. No. 8-1, Ex. 1; Dkt. No. 9.)

Because it was not clear whether the $3,000 bond was returned to Petitioner upon re-detention, on January 30, 2026, the Court directed Respondents to provide evidence that the $3,000 bond was refunded to Petitioner. (Dkt. No. 9.) On February 2, 2026, Respondents filed a supplemental response explaining that there is a pending investigation as to whether the returned bond was subject to fraud. (Dkt. No. 11.) Based on the supplemental response, it was not evident that Petitioner had the ability to post a $3,000 bond and the Court issued an order directing Respondents to provide Petitioner a hearing with an immigration judge within 14 days to address the issue related to the bond payment condition. (Dkt. No. 12.) On February 5, 2026, Petitioner filed a status report stating that an individualized bond hearing is scheduled for 1:00 p.m. that day but he attempted to post the $3,000 bond on February 4, 2026 and again on the morning of February 5, 2026 but ICE rejected his requests. (Dkt. No. 13.) In light of Petitioner's ability to post the $3,000 bond, the Court STRIKES its order filed on February 3, 2026, (Dkt. No. 12), and re-instates its order filed on January 27, 2026 granting the petition for writ of habeas corpus and directing that Petitioner be IMMEDIATELY released from DHS custody under the same conditions as his previous bond conditions, which includes a $3,000 bond. (Dkt. No. 6.)

IT IS SO ORDERED.

Dated: February 5, 2026

Hon. Gonzalo P. Curiel
United States District Judge